Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

JEFFREY GALERMAN, et al.,

               Plaintiff(s),

v.

AVALANCHE BIOTECHNOL, INC.

               Defendant(s).

Case No: 15-CV-3231

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

    I, Jeremy A. Lieberman, an active member in good standing of the bar of the State of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: JEFFREY GALERMAN in the above-entitled action. My local co-counsel in this case is Jennifer Pafiti, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 600 Third Avenue, 20th Floor<br>New York, New York 10016 | 468 North Camden Drive<br>Beverly Hills, CA 90210 |
| MY TELEPHONE # OF RECORD:<br>(212) 661-1100 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(310) 285-5330 |
| MY EMAIL ADDRESS OF RECORD:<br>jalieberman@pomlaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>jpafiti@pomlaw.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: JL6130.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 07/14/15

                                               Jeremy A. Lieberman
                                                       APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of Jeremy A. Lieberman is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

                                                     UNITED STATES DISTRICT/MAGISTRATE JUDGE

CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, C lerk of this Court, certify that

<u>**JEREMY ALAN LIEBERMAN**</u>, Bar # <u>**JL6130**</u>

was duly admitted to practice in this Court on

<u>**JANUARY 10th, 2015**</u>, and is in good standing as a member of the Bar of this Court.

Dated at <u>500 Pearl Street<br>New York, New York</u>   on   <u>**JUNE 24th, 2015**</u>

<u>Ruby J. Krajick</u>   by   _____<br>
Clerk                      Deputy Clerk

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2015, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Jeremy A. Lieberman*
Jeremy A. Lieberman