Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY GALERMAN, et al., ) | Case No: 15-CV-3231 |
| ) | |
| Plaintiff(s), ) | **APPLICATION FOR** |
| ) | **ADMISSION OF ATTORNEY** |
| v. ) | **PRO HAC VICE** |
| AVALANCHE BIOTECHNOL, INC. ) | (CIVIL LOCAL RULE 11-3) |
| ) | |
| Defendant(s). ) | |

I, J. Alexander Hood _____, an active member in good standing of the bar of the State of New York _____, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: JEFFREY GALERMAN _____ in the above-entitled action. My local co-counsel in this case is Jennifer Pafiti _____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 600 Third Avenue, 20th Floor<br>New York, New York 10016 | 468 North Camden Drive<br>Beverly Hills, CA 90210 |
| MY TELEPHONE # OF RECORD:<br>(212) 661-1100 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(310) 285-5330 |
| MY EMAIL ADDRESS OF RECORD:<br>ahood@pomlaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>jpafiti@pomlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5030838 _____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 07/17/15

J. Alexander Hood  ⊞
_____
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of J. Alexander Hood _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER



# State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

---

I, *Robert D. Mayberger*, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

# J. Alexander Hood

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **29th day of March, 2012**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **14th day of July, 2015**.



*Robert D. Mayberger*
Clerk

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2015, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *J. Alexander Hood*
J. Alexander Hood